

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00748-CR

**IN RE** Mark **MASCILLI**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: August 30, 2023

PETITION FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION DENIED

On August 11, 2023, relator filed a petition for writ of mandamus and writ of prohibition. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and writ of prohibition is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2022CR8025, styled *State of Texas v. Mark Anthony Mascilli*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Christine Del Prado presiding.